IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>HAZEL MINI STOR, LLC,<br><br>        Defendant. | 2:09-cv-01098-GEB-EFB<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; AND FED. R. CIV. P. 4(m) NOTICE |

        On July 9, 2009, Plaintiff filed a request to continue the status conference now scheduled for July 27, 2009, for a period of ninety days. Plaintiff indicates this continuance is required because he is having difficulty serving process on Defendant Hazel Mini Stor, LLC. The status conference is rescheduled to commence at 9:00 a.m. on October 5, 2009. A joint status report shall be filed fourteen days prior to the status conference.

        However, Plaintiff has not shown good cause justifying enlarging the service 120-day period in Rule 4(m) of the Federal Rules of Civil Procedure. Therefore, Plaintiff is warned that any defendant not served within this 120-day period will be dismissed unless Plaintiff files proof of service, or "shows good cause for

1  the failure" to this time period, in a filing due no later than
2  4:00 p.m. on August 21, 2009.
3          IT IS SO ORDERED.
4  Dated:  July 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge