IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,           )
                            )   2:09-cv-09-01098-GEB-EFB
        Plaintiff,          )
                            )
     v.                     )   ORDER RE: SETTLEMENT
                            )   AND DISPOSITION
HAZEL MINI STOR, LLC,       )
                            )
        Defendant(s).       )
_____)

On September 18, 2009, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action." Therefore, a dispositional document shall be filed no later than October 8, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for October 5, 2009, is reset for hearing at 9:00 a.m. on November 30, 2009, in the event no dispositional document is filed, or if this action is not otherwise

1

1  dismissed. Further, a joint status report shall be filed fourteen
2  days prior to the status conference.[1]
3          IT IS SO ORDERED.
4  Dated:  September 22, 2009

6                                  GARLAND E. BURRELL, JR.
                                    United States District Judge

---

[1] A status conference is scheduled because the mere representation that an action has settled does not justify removal of the action from a district court's scheduling docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).